**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on June 14, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| **MICHAEL PITTMAN,** | : | **VIOLATION:**<br>18 U.S.C. § 933(a)(3)<br>**(Attempted Firearms Trafficking)** |
| Defendant. | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),**<br>**21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 30, 2024, within the District of Columbia, **MICHAEL PITTMAN**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, specifically, three Smith & Wesson Model SD9VE handguns, three Glock 19 Gent 5 handguns, one Glock 20 handgun, one Glock 19x handgun, two Springfield Hellcat handguns, one Glock 17 Gen 5 handgun, one Taurus GX4 handgun, one Smith & Wesson SD40VE handgun, one Smith & Wesson CSX handgun, one Taurus Judge handgun, one Glock 26 handgun, one Taurus G2C handgun, one Canik TP9SF handgun, and one Glock 19 handgun, to unknown recipients, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the intended recipients would constitute a felony, or did attempt or conspire to do so.

(**Attempted Firearms Trafficking**, in violation of Title 18, United States Code, Section 933(a)(3))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to three Smith & Wesson Model SD9VE handguns, three Glock 19 Gent 5 handguns, one Glock 20 handgun, one Glock 19x handgun, two Springfield Hellcat handguns, one Glock 17 Gen 5 handgun, one Taurus GX4 handgun, one Smith & Wesson SD40VE handgun, one Smith & Wesson CSX handgun, one Taurus Judge handgun, one Glock 26 handgun, one Taurus G2C handgun, one Canik TP9SF handgun, and one Glock 19 handgun, and the ammunition within those handguns.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.