AO 442 (Rev 11/11) Arrest Warrant

FID 11687113

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED** By USMS District of Columbia District Court at 8:24 am, Jun 21, 2024

United States of America
v.
MICHAEL PITTMAN

*Defendant*

Case: 1:24-cr-00296
Assigned to: Judge Chutkan, Tanya S.
Assign Date: 6/20/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Pittman
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 933(a)(3)(Attempted Firearms Trafficking)

FORFEITURE:18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

2024.06.20 15:03:33 -04'00'

Date:   06/20/2024

*Issuing officer's signature*

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/20/2024, and the person was arrested on *(date)* 7/29/24
at *(city and state)* Washington, DC

Date: 7/29/24

*Arresting officer's signature*

Ryan Owens  DUSM
*Printed name and title*